# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 00-3180-CV-S-DW |
| ) | |
| JESSE FOREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge James England's Report and Recommendation granting Plaintiff's Motion for Revocation of Conditional Release (Doc. 24) and denying Defendant's Motion to Dismiss 4246 Commitment (Doc. 26). Defendant filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court ORDERS as follows:

1) The Magistrate's findings and recommendation are ADOPTED. The Magistrate's Report and Recommendation shall be attached to and made part of this Order.

2) Defendant's Motion to Dismiss 4246 Commitment (Doc. 26) is DENIED.

3) Plaintiff's Motion for Revocation of Conditional Release (Doc. 24) is GRANTED.

4) Defendant is hereby recommitted under the provisions of § 4246, Title 18, United States Code.

Date: August 1, 2007         /s/ Dean Whipple
                              Dean Whipple
                              United States District Judge